1  Darrell F. Champion, State Bar No. 60778
   **DAMRELL, NELSON, SCHRIMP,**
2   **PALLIOS, PACHER & SILVA**
   1601 I Street, Fifth Floor
3  Modesto, CA 95354
   Telephone:  (209) 526-3500
4  Facsimile:   (209) 526-3534

5  Attorney for Use-Plaintiff,
       KELLY DOOR COMPANY INC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>for the use and benefit of:<br>KELLY DOOR COMPANY INC., a<br>California Corporation<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>MILLER/WATTS CONSTRUCTORS,INC.;<br>U P A CALIFORNIA; ST. PAUL FIRE AND<br>MARINE INSURANCE COMPANY,<br>LIBERTY MUTUAL INSURANCE<br>COMPANY, and DOES I-XX, Inclusive,<br><br>　　　　　　Defendants. | No. 1:08-CV-01200-LJO-GSA<br><br>**REQUEST FOR DISMISSAL** |

　　　　PLAINTIFF HEREBYU REQUESTS that Defendant, U P A CALIFORNIA, be dismissed from this matter without prejudice.

　　　　Defendant, U P A CALIFORNIA is a Chapter 11 Debtor in the United States Bankruptcy Court, District of Nevada, Case No. 08-50489.  Additional Chapter 11 cases that are being jointly administered with the above-referenced Chapter 11 case is UPA Group Inc., Case No. 08-50488,

///

///

///

---

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
**A Professional**
**Corporation**

1
Request for Dismissal

UPA Group Holdings Inc., Case No. 08-50491 and Amako (U.S.), Inc., Case No. 08-50490.

Dated: September 16, 2008

                                        DAMRELL, NELSON, SCHRIMP,
                                          PALLIOS, PACHER & SILVA

                              By:_____
                                Darrell F. Champion
                                Attorney for Plaintiff
                                Kelly Door Company Inc.

## ORDER

IT IS ORDERED that this matter be dismissed, without prejudice, as to U P A CALIFORNIA, a general partnership only.

Dated: September 23, 2008                      __/s/ Lawrence J. O'Neill____
                                                               U.S. District Court Judge