IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY DOOR COMPANY, INC., | 1:08-cv-01200-LJO-GSA |
| Plaintiff, | ORDER CONTINUING INITIAL SCHEDULING CONFERENCE |
| vs. | |
| MILLER/WATTS CONSTRUCTORS, INC., UPA CALIFORNIA, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, | |
| Defendants. | |

    This matter was on calendar for an initial scheduling conference on March 2, 2009, at 9:30 a.m. Kirin K. Virk, counsel for Plaintiff Kelly Door Company, Inc., and Kristin K. Kerr, counsel for Defendant Liberty Mutual Insurance Company, appeared telephonically.

    After brief discussion with counsel for the parties, it was agreed that good cause exists for a brief continuance of the scheduling conference, to permit the parties time within which to exchange documentation that relates to a potential statute of limitations defense, and thus may result in a dismissal of the instant action.

//

//

//

//

1    Therefore, IT IS HEREBY ORDERED that:

2    1.    The initial scheduling conference be continued to **May 12, 2009, at 10:00
3 a.m.** in Courtroom 10.  The parties may appear telephonically by contacting Judge Austin's
4 chambers at (559) 499-5960;

5    2.    Counsel for the parties are to file a Joint Scheduling Report no later than one
6 week prior to the aforementioned date, in the event the matter has not resolved or has not
7 been dismissed prior to that time.

IT IS SO ORDERED.

**Dated:    March 2, 2009**                    /s/ **Gary S. Austin**
                                               UNITED STATES MAGISTRATE JUDGE

-2-