# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, etc.., | CASE NO. CV F 08-1200 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 20.) |
| vs. | |
| MILLER/WATTS CONSTRUCTORS, INC., et al., | |
| Defendants. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action without prejudice;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   January 21, 2010**           /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

1